**Petition for reinstatement from inactive status.**

**No. 50 DB 2001.**

Supreme Court of Pennsylvania.

Jan. 17, 2002.

*ORDER*

PER CURIAM.

AND NOW, this **17th** day of **January,** 2002, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated December 4, 2001, are approved and IT IS ORDERED that AIMEE A. TOTH, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

■

**In the Matter of Kenneth GALLEN.**

**No. 714 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Jan. 23, 2002.

*ORDER*

PER CURIAM:

AND NOW, this 23rd day of January, 2002, a Rule having been entered by this Court on December 13, 2001, pursuant to Rule 214(d)(1), Pa.R.D.E., directing Kenneth Gallen to show cause why he should not be placed on temporary suspension and, upon consideration of the response filed, it is hereby

ORDERED that the Rule is made absolute; Kenneth Gallen is placed on temporary suspension and he shall comply with all the provisions of Rule 217, Pa.R.D.E.; and the matter is referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa. R.D.E.

■

**In the Matter of John J. HYKEL.**

**No. 713 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Jan. 23, 2002.

*ORDER*

PER CURIAM:

AND NOW, this 23rd day of January, 2002, a Rule having been entered by this Court on December 6, 2001, pursuant to Rule 214(d)(1), Pa.R.D.E., directing John J. Hykel to show cause why he should not be placed on temporary suspension and,

upon consideration of the responses filed, it is hereby

ORDERED that the Rule is made absolute; John J. Hykel is placed on temporary suspension and he shall comply with all the provisions of Rule 217, Pa.R.D.E.; and the matter is referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa. R.D.E.